507 P.2d 443

**P. E. RITSCHEL et al., Petitioners,**

v.

**David NEECE, Respondent.**

**No. 9667.**

Supreme Court of New Mexico.

Feb. 27, 1973.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 969, 84 N.M. 700, 507 P.2d 447 be and the same is hereby returned to the Clerk of the Court of Appeals.

507 P.2d 443

**Jack H. KARR et al., Petitioners,**

v.

**Alfred M. (Red) DOW et al., Respondents.**

**No. 9665.**

Supreme Court of New Mexico.

March 2, 1973.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 987, 84 N.M. 708, 507 P.2d 455 be and the same is hereby returned to the Clerk of the Court of Appeals.

507 P.2d 443

**The NEW JERSEY ZINC COMPANY, Petitioner,**

v.

**Efren HUERTA, Respondent.**

**No. 9660.**

Supreme Court of New Mexico.

March 2, 1973.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1000, 84 N.M. 713, 507 P.2d 460 be and the same is hereby returned to the Clerk of the Court of Appeals.